UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARTHUR WILLIAMS, SR.,

    Plaintiff,

v.                                    Case No. 3:17cv486-LC-CJK

SANTA ROSA CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On November 6, 2017, the undersigned entered an order (doc. 24) advising plaintiff of deficiencies in his amended complaint, directing the clerk of court to send him a § 1983 complaint form, and allowing plaintiff 30 days in which to file a second amended complaint. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the matter be dismissed for failure to prosecute and/or failure to comply an order of the court.

On December 12, 2017, the undersigned entered a show cause order (doc. 27) based on plaintiff's failure to file a second amended complaint within the time

allowed. After the order was prepared, the undersigned discovered that plaintiff had filed what appeared to be 2 motions for an extension of time. *See* docs. 25, 26. The undersigned entered an order (doc. 28) granting plaintiff's motions for a 30-day extension of time, or until January 6, 2018, in which to file a second amended complaint and discharging the show cause order.

After the additional time expired and plaintiff had not filed a second amended complaint, the undersigned entered an order (doc. 29) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has failed to comply.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 2nd day of March, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:17cv486-LC-CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:17cv486-LC-CJK